IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

IVOR B. KAPLAN, M.D.,

    Plaintiff,

v.                                      Civil Action No. 2:23-cv-00598

AESTHETIC PHYSICIANS, INC., *et al.*,

    Defendant.

## **FINAL ORDER**

On September 13, 2024, Plaintiff filed notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 36. The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case. The Court reserves jurisdiction to enforce the terms of the Settlement Agreement.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                /s/
                                    Elizabeth W. Hanes
                                    United States District Judge

Norfolk, Virginia
Date: September 16, 2024